IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

**LORRI COBLE,**

    **Plaintiff,**　　　　　　　　　　　　　　　CASE NO. 1:18-cv-00314-MAC

    vs.

**JP MORGAN CHASE & CO.**

    **Defendants.**
_____/

## NOTICE OF SETTLEMENT

Plaintiff Lorri Coble ("Plainitff" notifies this Court that Plaintiff and Defendant Chase Bank USA, N.A., incorrectly sued as JP Morgan Chase & Co. ("Defendant") have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court vacate all deadlines, and retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement.

    Respectfully submitted the 12th day of November, 2018.

                                                                By: _s/ Alyson J. Dykes_
                                                                Alyson J. Dykes
                                                                Law Office of Jeffrey Lohman, P.C.
                                                                4740 Green River Road
                                                               Suite 310
                                                               Corona, CA 92880
                                                               T: (866) 329-9217
                                                               F: (657) 227-0270
                                                               Alysond@jlohman.com
                                                               Attorneys for Plaintiff
                                                               Lorri Coble

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 12th day of November, 2018, I filed a copy of the foregoing NOTICE OF SETTLEMENT to be electronically filed with the Clerk of Court using the CM/ECF system, which will provide electronic notice to all parties of record.

By: *s/ Alyson J. Dykes*
Alyson J. Dykes
Law Offices of Jeffrey Lohman, P.C.
Attorneys for Plaintiff
Lorri Coble